UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------x

SUSANNA RANDOLPH,

                Plaintiff,

        - against -

PACE UNIVERSITY,

                Defendant.
---------------------------------------------x

12 Civ. 8771 (PGG)

**STIPULATION OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS AND/OR ATTORNEY'S FEES TO ANY PARTY**

       IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their undersigned counsel, that the plaintiff's complaint is hereby dismissed in its entirety, with prejudice and without costs and/or attorneys' fees to any party as against any other party.

Dated: New York, New York
       April 22, 2013

Dated: Syracuse, New York
       May 7, 2013

/s/ Jonathan A. Bernstein

Jonathan A. Bernstein
Levy Davis & Maher, LLP
39 Broadway, Suite 1620
New York, New York 10006
(212) 371-0033

Attorneys for Plaintiff

/s/ Laura H. Harshbarger

Laura H. Harshbarger
Bond, Schoeneck & King, PLLC
One Lincoln Center
Syracuse, New York 13202-1355
(315) 218-8314

Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of May, 2013, the foregoing document is being served on this day upon all counsel of record or pro se parties identified on the attached Service List via regular mail.

    /s/ Laura H. Harshbarger
Bond, Schoeneck & King, PLLC
Attorneys for the Defendant
By Laura H. Harshbarger, a member of the firm

## SERVICE LIST

**RANDOLPH v. PACE UNIVERSITY**

**CASE NO. 12-CV-08771**

Jonathan A. Bernstein, Esq.
LEVY DAVIS & MAHER, LLP
39 Broadway, Suite 1620
New York, New York  10006
(212) 371-0033
E-mail:  jbernstein@levydavis.com
Attorneys for Plaintiff